IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PHILLIP ALEXANDER,

    Petitioner,

v.                                                CASE NO. 1:11-cv-154-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 6, Respondent's first motion for an extension of time to respond to the Petition. Upon due consideration, the motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that:

1. Respondent shall file the response **on or before January 23, 2012**.

2. Petitioner shall have until **February 22, 2012,** to file a reply, if any.

**DONE AND ORDERED** this 23rd day of November, 2011.

                            *s/Gary R. Jones*
                            GARY R. JONES
                            United States Magistrate Judge