IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PHILLIP ALEXANDER,

    Petitioner,

v.                                      CASE NO. 1:11-cv-154-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 8, Respondent's second motion for an extension of time to respond to the Petition.  Upon due consideration, the motion is **GRANTED**.  Accordingly, it is **ORDERED** that:

    1.    Respondent shall file the response **on or before March 23, 2012**.

    2.    Petitioner shall have until **April 23, 2012,** to file a reply, if any.

**DONE AND ORDERED** this 24th day of January, 2012.

                                        *s/ Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge