Case 1:11-cv-00154-MP-GRJ   Document 13   Filed 08/28/12   Page 1 of 1

Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PHILLIP ALEXANDER,

    Petitioner,

v.                                     CASE NO. 1:11-cv-154-MP-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

# O R D E R

This case is before the Court on Doc. 12, a letter from Petitioner requesting the date by which the Reply to Respondent's Response must be filed. On January 24, 2012, the Court entered an Order setting deadlines for the response and Petitioner's reply. (Doc. 9.) That Order required Respondent to file a response by March 23, 2012, and set a deadline of April 23, 2012 for Petitioner to file a reply. Petitioner never filed a reply or any request for extension of time. Because Petitioner is proceeding *pro se*, however, the Court will construe his letter as a request for an extension of time, and will grant Petitioner thirty days from the date of this Order to file a reply.

Accordingly, it is **ORDERED** that:

1. Petitioner's letter, Doc. 12, is construed as a motion for extension of time to file a reply. The motion is **GRANTED**. Petitioner is not required to file a reply, but if he wishes to do so, it must be filed **on or before September 27, 2012**.

**DONE AND ORDERED** this 28th day of August, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge